USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
: 
LISA JORFALD, :
:
                 Plaintiff, :
:    13-CV-6636 (VSB)
       -v- :
:    ORDER
THE CITY OF NEW YORK, et al., :
:
                Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On November 19, 2014, the parties advised the Court that this action had been settled and that they would be filing a stipulation of dismissal shortly. (*See* Doc. 26.) No such stipulation has been received. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

The Clerk of Court is respectfully directed to terminate the pending motion at Doc. 19.

SO ORDERED.

Dated: May 27, 2015
       New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge